UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER         :  21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION     :
:
:
-------------------------------------------------------------------X
SANDRA MORENO,                          :  06-CV-14901-AKH
:
             Plaintiff,         :
:  **APPEARANCE**
  - against -                          :
:
222 BROADWAY, LLC, *et al.*,            :  **ELECTRONICALLY FILED**
:
            Defendants.        :
-------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.** and **222 BROADWAY, LLC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York         DICKSTEIN SHAPIRO LLP
       January 18, 2008

                               By:     /s/ Judith R. Cohen
                               _____
                               Judith R. Cohen (JC-8614)
                               1177 Avenue of the Americas
                               New York, New York 10036
                               Phone: (212) 277-6500
                               Fax: (212) 277-6501

                               *Attorney for Defendants*
                               MERRILL LYNCH & CO., INC., and
                               222 BROADWAY, LLC