Robert J. Higgins, Esq. (RH-6477)
Judith R. Cohen, Esq. (JC-8614)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 277-6500

Attorneys for Defendants Merrill Lynch & Co., Inc. and 222 Broadway, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER          :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :

-------------------------------------------------------------X
SANDRA MORENO,                          :   06-CV-14901-AKH
                                        :
                          Plaintiff,    :   **NOTICE OF ADOPTION**
                                        :   **OF ANSWER**
          - against -                   :   **TO MASTER COMPLAINT**
                                        :   **BY MERRILL LYNCH**
222 BROADWAY, LLC,** *et al.*,**        :   **AND 222 BROADWAY**
                                        :
                          Defendants.   :   **ELECTRONICALLY FILED**
-------------------------------------------------------------X

PLEASE TAKE NOTICE THAT Defendants Merrill Lynch & Co., Inc. ("Merrill Lynch") and 222 Broadway, LLC ("222 Broadway"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their respective Answers to Master Complaint, both dated August 3, 2007, which were filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, Merrill Lynch and 222 Broadway demand judgment dismissing the above-captioned action as against them, together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York          DICKSTEIN SHAPIRO LLP
       January 18, 2008

                                   By:     /s/ Judith R. Cohen
                                   _____
                                   Robert J. Higgins (RH-6477)
                                   Judith R. Cohen (JC-8614)
                                   1177 Avenue of the Americas
                                   New York, New York 10036
                                   Phone: (212) 277-6500
                                   Fax: (212) 277-6501

                                   *Attorneys for Defendants*
                                   MERRILL LYNCH & CO., INC. and
                                   222 BROADWAY, LLC